UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 18-1487-MWF(GJSx)**                              Dated:  **April 2, 2018**

Title:   Maria De Leon -v- Target Corporation, et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | Amy Diaz |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

Randolp R. Ramirez                                              Anthony W. Werbin

**PROCEEDINGS:**        **SCHEDULING CONFERENCE**

Case called and counsel make their appearance. The Scheduling Conference held. The Court sets dates. Please see separate Order Re Jury Trial, also filed today.

**IT IS SO ORDERED.**

Initials of Deputy Clerk  rs
:04 MIN