Martin Holly (State Bar No. 201421)
　*mdh@manningllp.com*
Anthony Werbin (State Bar No. 285684)
　*aww@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendant,
TARGET CORPORATION

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MARIA DE LEON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TARGET CORPORATION; and DOES 1 to 20 inclusive,,<br><br>　　　　Defendants. | Case No. 2:18-cv-01487-MWF (GJSx)<br><br>**ORDER RE STIPULATION OF DISMISSAL**<br><br>The Hon. Michael W. Fitzgerald<br>Magistrate Judge Hon. Gail J. Standish |

IT IS HEREBY ORDERED that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1). Each party to bear his, her, its own fees and costs, including, but not limited to, attorney's fees, experts' fees, and any other costs with litigation.

IT IS SO ORDERED.

DATED: June 18, 2019

　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**Hon. Michael W. Fitzgerald**